In the Matter of the Petition of the THIRD METHODIST EPISCOPAL CHURCH in the City of Brooklyn to Dissolve the Corporation, etc.

(Argued March 19, 1894; decided April 10, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 13, 1893, which affirmed an order of the Special Term dissolving the petitioner.

*Frank Moss* for appellant.

*William J. Groo* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

FRANCES CONNOLLY, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.

(Argued March 19, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Henry G. Danforth* for appellant.

*Eugene Van Voorhis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.